1004

■
**Carroll Palmer STEPHENS, Appellant, v. UNITED STATES of America.**

**No. 13013.**

Circuit Court of Appeals, Eighth Circuit.

Dec. 11, 1944.

B. O. Stordahl and R. G. May, both of Sioux Falls, S. D., for appellant.

George Philip, U. S. Atty., of Sioux Falls, S. D., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed at costs of appellant, but without taxation of the attorneys' docket fee in favor of appellee, on motion of appellant and consent of appellee.

■

■
**TWIN CITY RAPID TRANSIT CO. (MINNESOTA), Parent; and Minneapolis Street Railway Company, St. Paul City Railway Company, Twin City Motor Bus Company, and Minneapolis & St. Paul Suburban Railroad Company, Subsidiaries, Petitioners, v. COMMISSIONER OF INTERNAL REVENUE.**

**No. 12945.**

Circuit Court of Appeals, Eighth Circuit.

Dec. 4, 1944.

Leland W. Scott and John W. Windhorst, both of Minneapolis, Minn., for petitioners.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and John M. Morawski, Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM.

Petition for review of decision of the Tax Court of the United States dismissed, with prejudice, on motion of petitioners approved by counsel for respondent.

■
**TWIN CITY RAPID TRANSIT COMPANY (NEW JERSEY), Parent; and Minneapolis Street Railway Company, St. Paul City Railway Company, Minneapolis & St. Paul Suburban Railroad Company, and Twin City Motor Bus Company, Subsidiaries, Petitioners, v. COMMISSIONER OF INTERNAL REVENUE.**

**No. 12946.**

Circuit Court of Appeals, Eighth Circuit.

Dec. 4, 1944.

Leland W. Scott and John W. Windhorst, both of Minneapolis, Minn., for petitioners.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and John M. Morawski, Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM.

Petition for review of decision of the Tax Court of the United States dismissed, with prejudice, on motion of petitioners approved by counsel for respondent.

■

■
**UNITED STATES of America v. Jacob SHERMAN and Annette K. Lamm.**

**No. 3119.**

Circuit Court of Appeals, Tenth Circuit.

Feb. 6, 1945.

Carl L. Sackett, U. S. Atty., and John C. Pickett, Asst. U. S. Atty., both of Cheyenne, Wyo., for appellant.

John U. Loomis and Clarence A. Swainson, both of Cheyenne, Wyo., for appellees.

Before PHILLIPS, BRATTON, and MURRAH, Circuit Judges.

PER CURIAM.

Reversed and remanded pursuant to stipulation.